CLARK S. STONE (SBN 202123)
LAW OFFICES OF CLARK STONE
PO Box 54269
San Jose, California 95154
Phone: (408) 621-4424
Facsimile: (888) 496-5657
Email:  clark@clarkstonelaw.com

Attorney for Plaintiff and Counterclaim Defendant
PALO ALTO MONTESSORI SCHOOL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO MONTESSORI SCHOOL, INC., a California Corporation;<br><br>  Plaintiff,<br>v.<br><br>STANFORD EDUCATION FOUNDATION, LLC, d/b/a/ PALO ALTO BILINGUAL MONTESSORI ACADEMY, a California Limited Liability Company;<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 20-cv-01466-JCS<br><br>**PLAINTIFF AND COUNTERCLAIM DEFENDANT PALO ALTO MONTESSORI SCHOOL, INC.'S ADR CERTIFICATION**<br><br>(Civil L.R. 16-8(b), ADR L.R. 3-5(b)) |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr);

2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

3) Considered whether this case might benefit from any of the available dispute resolution

-1-

options.

DATED:  May 12, 2020				By:   /s/ Dinesh Perera
							       Plaintiff


DATED:  May 12, 2020				By:   /s/ Clark S. Stone
							       Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

DATED:  May 12, 2020				By:   /s/ Clark S. Stone
							       LAW OFFICES OF CLARK STONE
							       Clark S. Stone
							       Attorney for Plaintiff and Counterclaim Defendant