United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Palo Alto Montessori School, Inc. | Case No.  20-cv-01466-JCS |
| Plaintiff, | |
| v. | **NOTICE OF APPOINTMENT OF MEDIATOR** |
| Stanford Education Foundation, LLC, | |
| Defendant. | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

Jeffrey Faucette
Skaggs Faucette LLP
Four Embarcadero Center
San Francisco, CA 94111-4164
415-295-1197
jeff@skaggsfaucette.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
20-cv-01466-JCS

1

2          Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7

3   shall NOT be filed with the court.

4

5   Dated: June 12, 2020

6

7                                              SUSAN Y. SOONG
                                               Clerk
8                                              by:  Alice M. Fiel

9

10  _____

11                                             ADR Program Case Administrator
                                               415-522-3148
12                                             alice_fiel@cand.uscourts.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    **Notice of Appointment of Mediator**
    20-cv-01466-JCS                            2

United States District Court
Northern District of California