CLARK S. STONE (SBN 202123)
LAW OFFICES OF CLARK STONE
PO Box 54269
San Jose, California 95154
Phone: (408) 621-4424
Facsimile: (888) 496-5657
Email:  clark@clarkstonelaw.com

Attorney for Plaintiff and Counterclaim Defendant
PALO ALTO MONTESSORI SCHOOL, INC.

LEON E. JEW (SBN 219298)
DAHYEE LAW GROUP
5776 Stoneridge Mall Road, Suite 288
Pleasanton, California 94588
Phone: (925) 463-3288
Facsimile: (925) 463-3218
Email:  leon.jew@dahyee.com

Attorney for Defendant and Counterclaim Plaintiff
STANFORD EDUCATION FOUNDATION, LLC,
d/b/a/ PALO ALTO BILINGUAL MONTESSORI ACADEMY.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO MONTESSORI SCHOOL, INC., a California Corporation;<br><br>    Plaintiff,<br>v.<br><br>STANFORD EDUCATION FOUNDATION, LLC, d/b/a/ PALO ALTO BILINGUAL MONTESSORI ACADEMY, a California Limited Liability Company;<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 20-cv-01466-JCS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>[~~PROPOSED~~]  ORDER |

On August 11, 2020, Plaintiff and Counterclaim Defendant PALO ALTO MONTESSORI SCHOOL, INC. ("Plaintiff") and Defendant/Counterclaim Plaintiff STANFORD EDUCATION

-1-

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE– Case No. 20-cv-01466-JCS**

FOUNDATION, LLC, d/b/a/ PALO ALTO BILINGUAL MONTESSORI ACADEMY, ("Defendant") entered into a Binding Term Sheet fully resolving their respective claims and counterclaims underlying this litigation. This Binding Term Sheet became the final Settlement Agreement in this action on September 10, 2020. Therefore, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that the complaint and counterclaims filed in this action be DISMISSED WITH PREJUDICE IN THEIR ENTIRETY in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees. It is FURTHER STIPULATED AND AGREED by and between the parties that the Court shall retain jurisdiction over this matter to enforce the parties August 11, 2020 Binding Term Sheet and subsequent final Settlement Agreement.

Respectfully submitted,

DATED: November 19, 2020          By:   /s/ Clark S. Stone
                                        LAW OFFICES OF CLARK STONE
                                        Clark S. Stone
                                        Attorney for Plaintiff and Counterclaim Defendant

DATED: November 19, 2020          By:   /s/ Leon Jew
                                        DAHYEE LAW GROUP
                                        Leon Jew
                                        Attorney for Defendant and Counterclaim Plaintiff

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: November 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Joseph C. Spero

**ATTESTATION**

Pursuant to Civil L. R. 5-1(i), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: November 19, 2020        By:    /s/ Clark S. Stone
                                      LAW OFFICES OF CLARK STONE
                                      Clark S. Stone
                                      Attorney for Plaintiff and Counterclaim Defendant